DOCKET No. **15 M 264**    DEFENDANT: **JORGE LEYVA**

AUSA **ELI MARK**    DEF.'S COUNSEL **MITCHELL DINNERSTEIN**
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☒ CJA

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
☒ Other: **DETENTION HEARING**

DATE OF ARREST _____   ☐ VOL. SURR.
TIME OF ARREST _____   ☐ ON WRIT
TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/~~DANGER~~    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ **50 K** PRB
☒ **2** FRP *Any $ from state court*
☒ SECURED BY $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION    ☒ STRICT PRETRIAL SUPERVISION
☒ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION    ☒ HOME DETENTION    ☐ CURFEW    ☒ ELECTRONIC MONITORING
☒ OTHER CONDITIONS **Return any $ from state and apply to bail in this case.**

U.S. DISTRICT COURT FILED FEB 04 2015 S.D. OF N.Y.
DOC # **5**

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED    ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED    ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____    ☐ ON DEFENDANT'S CONSENT

DATE: **2-5-15**    _Ronald Ellis_
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2