```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 6
DATE FILED: FEB 0 6 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

Jorge Leyva

    Defendant.
-------------------------------------------------------X

BAIL ORDER

1: 15 mag. 264

HONORABLE KATHERINE B. FORREST, Sitting on Part I, United States District Judge:

Pursuant to a bail appeal hearing held on February 6, 2015, it is hereby ORDERED:

The bail package put in place for the defendant is revoked and the defendant is remanded into the custody of the United States Marshal.

Dated: New York, New York
       February 6, 2015

SO ORDERED

_____
KATHERINE B. FORREST
United States District Judge